IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL THOMPSON, #06271-088                                      PETITIONER

VS.                                      CIVIL ACTION NO.  5:09cv163-DCB-MTP

BRUCE PEARSON, Warden                                             RESPONDENT

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and the Petitioner's Petition for Writ of Habeas Corpus [1] should be dismissed with prejudice.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the    29th    day of November, 2010.

                                          s/David Bramlette
                                        UNITED STATES DISTRICT JUDGE